UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-21479-CIV-JORDAN

JOSE ERNESTO MARTINEZ,        )
an individual,                )
                              )
         Plaintiff,           )
                              )
vs.                           )
                              )
CABOT DADELAND TOWERS NORTH   )
ACQUISITION, LLC,             )
a Delaware Limited Liability Company, )
and                           )
DADELAND TOWERS NORTH ASSOCIATES, )
LLC, a Delaware Limited Liability Company, )
                              )
         Defendants.          )
_____/

## ORDER OF DISMISSAL WITH PREJUDICE As To CABOT DADELAND

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

a.  The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff, and, the Defendant, be and the same is hereby approved, adopted and ratified by the Court;

b.  Defendant, CABOT DADELAND TOWERS NORTH ACQUISITION, LLC is hereby dismissed from this action with prejudice.

**DONE AND ORDERED** in Chambers this 25th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc: Counsel of record