UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-21479-CIV-JORDAN

JOSE ERNESTO MARTINEZ, )
an individual, )
 )
 )
       Plaintiff, )
 )
vs. )
 )
CABOT DADELAND TOWERS NORTH )
ACQUISITION, LLC, )
a Delaware Limited Liability Company, )
and )
 )
 )
       Defendants. )
_____/

## ORDER APPROVING JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF

THIS MATTER is before the Court upon the Joint Stipulation to file First Amended Complaint. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

a.    The Joint Stipulation filed herein by the Plaintiff, and, the Defendant, be and the same is hereby approved, adopted and ratified by the Court.

b. The amended complaint is deemed filed as if today.*  /s/ je

DONE AND ORDERED in Chambers this 25th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE

/s/ je

* Mr. Martinez has 120 days to effect service of process or the case will be dismissed without prejudice under Rule 4(m).